IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONI LEVINGSTON,

    Plaintiff,                                   No. CIV S 2:06-cv-00027-FCD-CMK

    vs.

OFFICER PAUL FREEMAN BONNET, et al.,

    Defendants.                                  ORDER

          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/ / /

1

1  In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's January
2  5, 2006 request for the appointment of counsel is denied.
3
4  DATED: January 12, 2006.
5
6                                                   _____
                                                    **CRAIG M. KELLISON**
7                                                   UNITED STATES MAGISTRATE JUDGE
   /mp
8  levi 06cv0027.31+3c+new