1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TONI DEWARD LEVINGSTON,              No. CIV S-06-0027-FCD-CMK-P

12              Plaintiff,

13         vs.                            ORDER

14    PAUL FREEMAN BONNET, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in

19    forma pauperis (Doc. 2).  Plaintiff has not, however, submitted a certified copy of his prison trust

20    account statement for the six-month period immediately preceding the filing of the complaint.

21    See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy

22    of his prison trust account statement or the appropriate filing fee.[1]  Plaintiff is warned that failure

23    to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

24    _____

25         [1]     The court is in receipt of plaintiff's letter filed on January 20, 2006, wherein he
      indicates that he will augment his in forma pauperis application once documents are received
26    from prison officials.  In the interest of managing this court's docket, by this order plaintiff will
      be required to submit the certifications by a time certain.

                                        1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30

2  days of the date of this order, a certified copy of his prison trust account statement, or the

3  appropriate filing fee.

4

5  DATED:   February 1, 2006.

6

7                                                    _____

                                                     **CRAIG M. KELLISON**

8                                                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26