IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONI DEWARD LEVINGSTON,                    No. CIV S-06-0027-FCD-CMK-P

     Plaintiff,

  vs.                                                          ORDER

PAUL FREEMAN BONNET, et al.,

     Defendants.

_____/

     Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

     On June 21, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.[1]

///

---

[1] Plaintiff filed a statement of non-objections to the findings and recommendations, specifically agreeing with the court's recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2006, are adopted in full;

2. Plaintiff's claim regarding his parole revocation hearing is dismissed;

3. Plaintiff's claims against the municipal defendants (Stockton Police Department, the County of San Joaquin, and chief of police Mark W. Herder) are dismissed;

4. This action shall proceed only on plaintiff's excessive force claim against defendant Bonnet; and

5. This matter is referred back to the Magistrate Judge for issuance of such orders as are appropriate for service of this action on Defendant Bonnet.

DATED: August 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE