**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONI DEWARD LEVINGSTON, | No. CIV S-06-0027-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| PAUL FREEMAN BONNET, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1), filed on January 5, 2006.

      The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Specifically, this action proceeds on plaintiff's excessive force claim against defendant Bonnet. There are no other claims or defendants. If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this

1

order may result in dismissal of the action. <u>See</u> Local Rule 11-110.

          Accordingly, IT IS HEREBY ORDERED that:

          1.     Service is appropriate for defendant BONNET;

          2.     The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the complaint filed January 5, 2006; and

          3.     Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

          a.     The completed Notice of Submission of Documents;

          b.     One completed summons;

          c.     One completed USM-285 form; and

          d.     Two copies of the endorsed complaint.

DATED: August 28, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

TONI DEWARD LEVINGSTON,  No. CIV S-06-0027-FCD-CMK-P
    Plaintiff,
  vs.
PAUL FREEMAN BONNET,
    Defendant.
                                 /

NOTICE OF SUBMISSION OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order:

       1       completed summons form;
                completed USM-285 form(s); and
                copies of the complaint.

DATED: _____          _____
                                                             Plaintiff