**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONI DEWARD LEVINGSTON, | No. CIV S-06-0027-FCD-CMK-P |
| Plaintiff, | |
| vs. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| PAUL FREEMAN BONNET, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant Bonnet's motion to compel (Doc. 30) plaintiff to provide responses to discovery requests. Plaintiff has not filed an opposition.

In his motion, defendant Bonnet establishes that he served two discovery requests on plaintiff at his current address of record and that plaintiff has not provided any responses whatsoever to those requests. Federal Rule of Civil Procedure 37(d) provides, in pertinent part, as follows:

> If a party...fails...to serve answers or objections to interrogatories submitted under Rule 33, after proper service of the interrogatories, or...to serve a written response to a request for inspection submitted under Rule 34, after proper service of the request, the court in which the action is pending on motion may

1  make such orders in regard to the failure as are just, and among
2  others it may take any action authorized under subparagraph (A), (B), and (C) of subdivision (b)(2) of this rule.

Rule 37(b)(2)(C) provides the court with the authority to dismiss the action as a sanction for failing to respond to discovery requests. In light of plaintiff's refusal to respond to discovery requests with no explanation, the court finds dismissal of the action to be an appropriate sanction.

Based on the foregoing, the undersigned recommends that this action be dismissed as a sanction pursuant to Federal Rule of Civil Procedure 37.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 24, 2007.

                                            /s/ Craig M. Kellison
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE